IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT LANCE WALKER                                          PETITIONER

v.                  CASE NO. 3:16-CV-00234 BSM

MIKE KENDALL                                                 RESPONDENT

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 3] has been reviewed. In response, petitioner Robert Walker filed what appears to be the same petition with additional details. *See* Doc. No. 4. The filing does not, however, address the flaws raised in the RD. After reviewing the record, including Walker's new filing, the RD is adopted.

Accordingly, Walker's petition is dismissed without prejudice. A certificate of appealability will not issue.

IT IS SO ORDERED this 8th day of November 2016.

                                                                     /s/ Brian S. Miller
                                                              UNITED STATES DISTRICT JUDGE