IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROBERT LANCE WALKER**                                                                **PETITIONER**

v.                              **CASE NO. 3:16-CV-00234 BSM**

**MIKE KENDALL**                                                                          **RESPONDENT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 8th day of November 2016.

_____
UNITED STATES DISTRICT JUDGE